**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

---

|  |  |  |
|---|---|---|
| VSI AERIAL, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: |
| | : | |
| DRONE OPS SOLUTIONS OF NEW YORK, CORP., | : | |
| DRONE OPS SOLUTIONS OF AMERICA, LLC, | : | |
| DRONE OPS SOLUTIONS U, LLC, | : | |
| DRONE OPS SOLUTIONS OF 516 TO 561, CORP., | : | |
| JAMIE SHAW, and | : | |
| MICHAEL MOLENDA D/B/A "THE DRONING | : | |
| COMPANY," | : | |
| | : | |
| Defendants. | : | |
| | : | |

---

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

Plaintiff, VSI Aerial, LLC ("VSI Aerial" or "Plaintiff"), brings this complaint in the

United States District Court for the Eastern District of New York against Drone Ops Solutions of

New York, Corp. ("Drone Ops NY"), against Drone Ops Solutions of America, LLC ("Drone

Ops America"), against Drone Ops Solutions U, Corp. ("Drone Ops U"), against Drone Ops

Solutions of 516 to 561, Corp. ("Drone Ops 516"), Jamie Shaw ("Shaw"), and Michael Molenda

("Molenda") (together "Defendants"), alleging as follows:

**THE PARTIES**

1.   VSI Aerial is an experienced commercial photography and videography Limited Liability

Company of ten (10) years, specializing in professional drone services, construction inspections,

tv and film footage, realty and advertising marketing, and drone-managed cleaning of hard-to-

reach areas such as building facades, windows, roofs, and solar panels. VSI Aerial has completed

numerous projects for local and national clients including PBS, Hulu, Sotheby's International Realty, Bozzuto, The Kennedy Center, and Whiting-Turner, among others. VSI Aerial's work has been published in major news outlets such as *The New York Post*, *The Washington Post*, Paramount Plus, Good Morning America, Urban Turf, and Pricey Pads. VSI Aerial is based in Triangle, Virginia.

2.   Drone Ops NY is a Corporation organized and existing under the laws of the State of New York with its principal place of business located in Lido Beach, New York. Defendant's agent for service of process is Jamie Shaw and can be served at its registered address: 195 Regent Drive, Lido Beach, New York, 11561.

3.   Drone Ops America is a Limited Liability Company organized and existing under the laws of the State of New York with its principal place of business located in Lido Beach, New York. Defendant's agent for service of process is Jamie Shaw and can be served at its registered address: 195 Regent Drive, Lido Beach, New York, 11561.

4.   Drone Ops U is a Corporation organized and existing under the laws of the State of New York with its principal place of business located in Lido Beach, New York. Defendant's agent for service of process is Jamie Shaw and can be served at its registered address: 195 Regent Drive, Lido Beach, New York, 11561.

5.   Drone Ops 516 is a Corporation organized and existing under the laws of the State of New York with its principal place of business located in Lido Beach, New York. Defendant's agent for service of process is Jamie Shaw and can be served at its registered address: 195 Regent Drive, Lido Beach, New York, 11561.

6.   Shaw is an individual, and founder and owner of Drone Ops NY, Drone Ops America, Drone Ops U, and Drone Ops 516. Shaw resides and may be served at the following address: 195 Regent Drive, Lido Beach, New York, 11561.

7.   Molenda is an individual, and founder and owner of "The Droning Company." Molenda resides and may be served at the following address: 219 Kenler Drive, Bloomington, Indiana, 47408.

## JURISDICTION AND VENUE

8.   This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

9.   This Court has personal jurisdiction over Defendant because Defendant has maintained sufficient minimum contacts with the State of New York and as a result the exercise of personal jurisdiction over Defendant by this Court would not offend traditional notices of fair play and substantial justice.

10.   Venue is proper in this district pursuant to 28 U.S.C. § 1400(a) because Defendant or its agent(s) reside or may be found in this district: "A defendant 'may be found' in a district in which he could be served with process; that is, in a district which may assert personal jurisdiction over the defendant."

## FACTS

### I.     The Photographs at Issue in this Lawsuit

11.   On February 6, 2023, Geoffrey Green ("Green"), owner of VSI Aerial captured the photographs, "Orlando Lucid-19," "Orlando Lucid-32," "Orlando Lucid-22," "Orlando Lucid-15," "Orlando Lucid-26," "Orlando Lucid-8," "Orlando Lucid-28," "Orlando Lucid-11," "Orlando Lucid-1" ("Copyrighted Photographs") copies of which are exhibited below:







12. VSI Aerial granted a limited license to Lucid Bots, Inc. ("Lucid"), based in Charlotte, North Carolina, for Copyrighted Photographs ("License").

13. Defendants have never been licensed to use or otherwise exploit Copyrighted Photographs.

14. On December 14, 2025, VSI Aerial registered Copyrighted Photographs with the United States Copyright Office (Registration No.: VA 2-482-572).

15. For all times relevant to this action, Plaintiff has been the author and exclusive copyright holder of all copyright rights in and to Copyrighted Photographs. As such, Plaintiff is entitled to institute and maintain this action for copyright infringement. See 17 U.S.C. § 501(b).

## II.    Defendant's Unlawful Activities

16. Drone Ops NY, Drone Ops America, Drone Ops U, and Drone Ops 516 are cleaning services companies, specializing in the use of drones to clean windows.

17. Drone Ops NY, Drone Ops America, Drone Ops U, and Drone Ops 516 own, operate, and are solely responsible for the content posted to their commercial website, www.droneopsny.com.

18. Drone Ops NY, Drone Ops America, Drone Ops U, and Drone Ops 516 own, operate, and are solely responsible for the content posted to their commercial website, www.droneopscleaningsolutions.com.

19. Prior to the filing of this lawsuit, Defendants maintained corresponding social media accounts under the handle "@DroneOpsSolutionsNY"

20. On information and belief, Defendants deleted its social media accounts under the handle and feed, www.instagram.com/droneopssolutionsny.

21. On or about February 2, 2024, Defendants opened a new Instagram account and corresponding feed, www.instagram.com/droneopssolutions.

22. On or about February 2, 2024, Defendants opened a new Facebook account and corresponding feed, www.facebook.com/droneopssolutions.

23. On or about September 26, 2023, Drone Ops NY, Drone Ops America, Drone Ops U, and Drone Ops 516 copied and posted Copyrighted Photographs to its commercial website, www.droneopsny.com:





24. August 29, 2023, Drone Ops NY, Drone Ops America, Drone Ops U, and Drone Ops 516 copied and posted Copyrighted Photographs to their Instagram feed, www.instagram.com/droneopssolutionsny:



25. Defendants are not and have never been licensed to use or display Copyrighted Photographs. Defendants never contacted Plaintiff to seek permission to use Copyrighted Photographs in connection with its website or for any other purpose.

26. Defendants did not have a license to use Copyrighted Photographs and, rather than contact Plaintiff to secure a proper license, simply copied Copyrighted Photographs for its own commercial use.

27. On or about October 1, 2023, Plaintiff first discovered Defendants' unauthorized use/display of Copyrighted Photographs.

28. On October 7, 2023, Plaintiff notified Defendants in writing of such unauthorized use.

29. On November 17, 2023, Plaintiff notified Defendants of Defendant's infringement of Copyrighted Photographs in printed trade materials, which also appeared on Defendants' website as a PDF image.

30. Defendants agreed to remove Copyrighted Photographs within two (2) weeks of Plaintiff's November 17, 2023 demand.

31. On information and belief, Defendants removed the website gallery infringements of Copyrighted Photographs sometime in December 2023.

32. On January 8, 2024, Plaintiff contacted Drone Ops NY, Drone Ops America, Drone Ops U, and Drone Ops 516 in writing with notice that Defendants had not removed the social media uses and trade material PDF infringements of Copyrighted Photographs posted to Defendants' commercial website.

33. On January 8, 2024, Drone Ops NY, Drone Ops America, Drone Ops U, and Drone Ops 516 acknowledged receipt of Plaintiff's copyright infringement notice and claimed the infringements would be removed as soon as possible:



34. On February 5, 2024, Plaintiff's legal counsel sent a letter to Drone Ops NY, Drone Ops America, Drone Ops U, and Drone Ops 516 demanding the removal of Copyrighted Photographs.

35. On February 5, 2024, Drone Ops NY, Drone Ops America, Drone Ops U, and Drone Ops 516 asserted they had removed all of their unauthorized uses of Copyrighted Photographs:

**Re: Infringement of Photographic Copyright by Drone Ops Solutions of New York, Corporation**

○ **JAMIE SHAW** <jamie@droneopsny.com>                                    2/5/2024 4:37 PM      🔖      JS
   **To** David Deal,   JAMIE SHAW   **Copy** 8d26bd188+matter1660137589@maildrop.clio.com
   Reply    Reply all    Forward    Delete    ☰

📎 5 attachments ▸        View    Download

Good afternoon –

With respect to your recent letter:

Demand #1 – As you mentioned, most have been removed. I was under the assumption have been removed. Please take comfort in knowing I have a new website under construction and set to go live no later than March 1, 2024.

I shared your previous messages with my designer and asked they not include the photos.

With respect to Demands #2 & #3:

Absolutely not.

Be well,

**JAMIE SHAW**
DRONE OPS SOLUTIONS OF NEW YORK, PRESIDENT, PILOT

516-260-0529
250 LIDO BLVD
LIDO BEACH , NY 11561
http://WWW.DRONEOPSNY.COM
https://linktr.ee/droneopssolutionsny



36. On August 5, 2025, Drone Ops NY, Drone Ops America, Drone Ops U, and Drone Ops 516 copied and posted Copyrighted Photographs to their Instagram feed, www.instagram.com/droneopssolutions:





37. On August 5, 2025, Drone Ops NY, Drone Ops America, Drone Ops U, and Drone Ops 516 disseminated Copyrighted Photographs to "The Droning Company" and its corresponding social media feeds, www.thedroningcompany.com, and www.facebook.com/TheDroningCompany:





As of Summer 2025, Drone Ops operates in New York, Indiana, Ohio, New Jersey, Texas, and Florida—with new territories coming online each quarter. The company is on track to be active in all 50 states by the end of 2026—a bold but achievable goal driven by industry demand and a clear need for innovation.

*President/CEO Jamie Shaw*

"We're not waiting for the future to arrive," says Shaw. "We're building it—and making it accessible to anyone ready to get on board."

With its growing service footprint, advanced hardware development, and nationwide training initiatives, Drone Ops is not just a service provider—it's becoming the definitive name in drone-powered cleaning.

## Want to Learn More?

Drone Ops Solutions is currently booking training seminars across the U.S. Visit: **droneopsny.com**

## About Drone Ops Solutions of America

Drone Ops Solutions is the first and only drone-powered commercial window and façade cleaning company in the United States. By combining advanced aerial technology with proven soft-washing methods, the company delivers high-performance, high-rise cleaning solutions. Fully FAA-compliant and operator-certified, Drone Ops is setting the standard for safer, smarter, and more sustainable building maintenance—one city at a time.

### RELATED POSTS

**CATEGORIES**

- How To
- Drone Operation
- Speed Racing
- Drone Facts
- Drone Jobs
- Featured News
- Trending News
- Founders Column
- FAA Updates
- Skills Training
- Video Reel of the Week
- Keeper's Corner
- Drone Racing Video
- Drone Education
- Free Tools
- Product News
- Drone Video
- Military
- Gear Reviews
- 3D Mapping
- Accessories
- Agriculture
- Community News
- Company Directory
- Consumer Drones
- Drone Delivery
- Drone Threats
- Enterprise Drones
- Education
- Evolving Tech
- Expos
- Flying Cars



38. Starting August 5, 2025, Molenda copied and posted Copyrighted Photographs to their website, www.thedroningcompany.com:





39. On December 20, 2025, Molenda stated "We were provided the images in question by **Tara Stein** of **Drone Ops Solutions** for an article on their company."

40. On August 5, 2025, Shaw copied and posted Copyrighted Photographs to his Instagram feed, www.instagram.com/jamieshaw1:



41. On August 19, 2025, Shaw copied and posted Copyrighted Photographs to his Instagram feed, www.instagram.com/jamieshaw1:



42. On September 10, 2025, Drone Ops NY, Drone Ops America, Drone Ops U, and Drone Ops 516 copied and posted Copyrighted Photographs to their Instagram feed, www.instagram.com/droneopssolutions:



43. To date, Plaintiff has been unable to negotiate a reasonable license for the past and current infringement of Copyrighted Photographs.

44. On September 11, 2025, Plaintiff delivered to Defendants via email a copy of a draft complaint detailing the present matter, including the incidents of infringement detailed above.

45. On September 11, 2025, in response to the email, Shaw stated by email: "File it already!"

46. On September 11, 2025, Shaw stated by email: I'll read it (the complaint) when served. Why waste my time now, you don't follow through with anything, anyway."

47. On September 11, 2025, Shaw stated by email: "Based on your history, you won't have the opportunity to see me in court because you're not going to file anything....as usual."

48. On or about September 15, 2025, Drone Ops NY, Drone Ops America, Drone Ops U, and Drone Ops 516 copied and posted Copyrighted Photographs to their Facebook feed, www.facebook.com/droneopssolutions:



49. On or about September 15, 2025, Drone Ops NY, Drone Ops America, Drone Ops U, and Drone Ops 516 copied and posted Copyrighted Photographs to their website, www.droneopscleaningsolutions.com/faqs:



50. On or about September 15, 2025, Drone Ops NY, Drone Ops America, Drone Ops U, and Drone Ops 516 copied and posted Copyrighted Photographs to their website, www.droneopscleaningsolutions.com/franchise-opportunities, and www.droneopscleaningsolutions.com/turnkey-buy-in:





51. On December 10, 2025, Defendants copied and posted Copyrighted Photographs to their Facebook and Instagram feeds, www.facebook.com/droneopssolutions, and www.instagram.com/droneopssolutions:







52. On February 2, 2026, Defendants copied and posted Copyrighted Photographs to their Facebook feed, www.facebook.com/droneopssolutions:



53. On February 13, 2026, Defendants copied and posted Copyrighted Photographs to their Instagram feed, www.instagram.com/droneopssolutions:





54. As of the date of this filing, Defendants have failed to remove the above-detailed incidents of infringement from Defendants' commercial website or social media feeds.

## COUNT I: COPYRIGHT INFRINGEMENT

55. Plaintiff incorporates herein by this reference each and every allegation contained in each paragraph above.

56. Copyrighted Photographs are original works of authorship, embodying copyrightable subject matter, and therefore subject to the full protection of the United States copyright laws (17 U.S.C. § 101 et seq.).

57. VSI Aerial owns a valid copyright in Copyrighted Photographs, having registered Copyrighted Photographs with the Register of Copyrights.

58. Plaintiff has standing to bring this lawsuit and assert the claim(s) herein as it has sufficient rights, title, and interest to such copyright.

59. Defendants reproduced, distributed, and publicly displayed Copyrighted Photographs without authorization from Plaintiff.

60. By its actions, Defendants infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501, by reproducing, distributing, and publicly displaying Copyrighted Photographs for its own commercial purposes.

61. Defendants' infringement was willful as it acted with actual knowledge or reckless disregard for whether its conduct infringed upon Plaintiff's copyright.

62. Plaintiff has been damaged as a direct and proximate result of Defendants' infringement.

63. Plaintiff is entitled to recover its actual damages resulting from Defendants' unauthorized use of Copyrighted Photographs and, at Plaintiff's election (pursuant to 17 U.S.C. § 504(b)), Plaintiff is entitled to recover damages based on a disgorgement of Defendants' profits from infringement of Copyrighted Photographs, which amounts shall be proven at trial.

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

a. A declaration Defendants have infringed Plaintiff's copyrights in Copyrighted Photographs;

b. A declaration such infringement is willful (to the extent applicable);

c. An award of actual damages and disgorgement of profits as the Court deems proper for infringement of each photograph comprising the Work.

d. Awarding Plaintiff its costs and (if applicable) reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

e. Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

f.  Permanently enjoining Defendants, their employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries, and assigns, and all those in active concert and participation with Defendants, from directly or indirectly infringing Plaintiff's copyrights or continuing to display, transfer, advertise, reproduce, or otherwise market Copyrighted Photographs or to participate or assist in any such activity; and

g.  For such other relief as the Court deems just and proper.

<u>**JURY DEMAND**</u>

Plaintiff hereby demands a trial by jury on all claims for which there is a right to jury trial.

Dated: February 23, 2026                              **Deal Copyright Law, P.L.C.**

*/s/ David C. Deal*
David C. Deal
117 4th Street NE
Charlottesville, VA 22902
Telephone: (434) 261-2704
Email: david@dealcopyrightlaw.com
*Counsel for Plaintiff*